**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02583-REB-BNB

THERESA D'JAMOOS, as Executrix of the Estate of Dawn Elizabeth Weingeroff,
FREDERICK L. WEINGEROFF, Administrator of the Estate of Leland Weingeroff,
FREDERICK L. WEINGEROFF, Executor of the Estate of Gregg C. Weingeroff,
STANLEY J. WACHTENHIEM, Executor of the Estate of Jeffrey M. Jacober,
MICHAEL A. JACOBER, Co-Executor of the Estate of Karen L. Jacober,
DAVID S. JACOBER, Co-Executor of the Estate of Karen L. Jacober,
MICHAEL A. JACOBER, Co-Executor of the Estate of Eric B. Jacober, and
DAVID S. JACOBER, Co-Administrator of the Estate of Eric B. Jacober,

  Plaintiffs,

v.

PILATUS AIRCRAFT LTD,

  Defendant.

## MINUTE ORDER

  The matter comes before the court on the motion to amend the answer by defendant Rosemount Areospace, Inc. and Goodrich Corporation. The motion is **DENIED**. Only the claims filed against defendant Pilatus Aircraft Ltd were severed and transferred to this Federal District Court.

  Dated:  November 5, 2009