**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02583-REB-BNB

THERESA D'JAMOOS, as Executrix of the Estate of Dawn Elizabeth Weingeroff,
FREDERICK L. WEINGEROFF, Administrator of the Estate of Leland Weingeroff,
FREDERICK L. WEINGEROFF, Executor of the Estate of Gregg C. Weingeroff,
STANLEY J. WACHTENHIEM, Executor of the Estate of Jeffrey M. Jacober,
MICHAEL A. JACOBER, Co-Executor of the Estate of Karen L. Jacober,
DAVID S. JACOBER, Co-Executor of the Estate of Karen L. Jacober,
MICHAEL A. JACOBER, Co-Executor of the Estate of Eric B. Jacober, and
DAVID S. JACOBER, Co-Administrator of the Estate of Eric B. Jacober,

      Plaintiffs,
v.

PILATUS AIRCRAFT LTD,

      Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**Blackburn, J.**

The matter before me is the **Plaintiffs' Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I)** [#16] filed November 13, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I)** [#16], filed November 13, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 16, 2009.

BY THE COURT:

Robert E. Blackburn
United States District Judge